IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR77 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY GUTIERREZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Due to the medical condition of defendant,

IT IS ORDERED that he shall be released on self surrender from the Nebraska Department of Corrections until such time as the Bureau of Prisons designates a medical facility with the ability to handle defendant's current medical and confinement needs.

DATED this 25th day of January, 2017.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court